# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
The Boeing Company ) ASBCA Nos. 61788, 61789
)
Under Contract No. FA8106-09-C-0005 )

APPEARANCES FOR THE APPELLANT: Scott M. McCaleb, Esq.
Tracye Winfrey Howard, Esq.
George E. Petel, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Stephen M. Wilson, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 27, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61788 and 61789, Appeals of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals